IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**  4

IN RE: Finova Capital Corporation

| | | |
|---|---|---|
| Finova Group Inc. and Finova Capital Corporation, | ) ) ) | |
| Appellants | ) | Civil Action No.   07-487 |
| v. | ) ) | |
| Official Committee of Equity Securities Holders, | ) ) | |
| Appellee | ) | Bankruptcy Case No.  01-698 AP 07-74 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following orders of the Bankruptcy Court dated 7/6/07, 2/6/07, 12/30/05 and 6/16/05 was docketed in the District Court on 8/8/07/07:

> Order Pursuant to Section 327(E) of the Bankruptcy Code Increasing the Cap Previously Imposed on Fees and Expenses Which Can be Incurred on Behalf of the Equity Committee

> 2 Orders Pursuant to Section 328 of the Bankruptcy Code Increasing the Cap Previously Imposed on Fees and Expenses which Can be Incurred in Behalf of the Equity Committee,

> Order Directing the Office of the United Stated Trustee to appoint an Official Committee of Equity Security Holders for a Limited Purpose and Granting Related Relief

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date: 8/8/07

To:     U.S. Bankruptcy Court
        Counsel