IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| | : |
| THE FINOVA GROUP, INC., | : Case No. 01-0698 |
| FINOVA CAPITAL CORPORATION, | : Jointly Administered |
| | : |
| Reorganized Debtors. | : |
| | : |
| THE FINOVA GROUP, INC. and | : |
| FINOVA CAPITAL CORPORATION, | : |
| | : |
| Appellants, | : |
| | : |
| v. | : Civil Action No. 07-487-JJF |
| | : |
| OFFICIAL COMMITTEE OF EQUITY | : |
| SECURITIES HOLDERS, | : |
| | : |
| Appellee. | : |

### FINAL ORDER

At Wilmington, this ___ day of February 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Motion To Dismiss Appeal (D.I. 5) filed by Appellee, the Official Committee of Equity Security Holders is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE